UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:09-CR-0126 JD |
| ) | |
| JAMEL CORNELIUS FARMER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 7, 2010 [DE 26]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jamel Cornelius Farmer's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2113(d) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  June 28, 2010

/s/ JON E. DEGUILIO
Judge
United States District Court